*The Law Office of*
# Rehan Nazrali, Esq.

299 Broadway ▪ 17th Floor ▪ New York ▪ NY 10007 ▪
Tel: (646) 331-9378 ▪ Fax: (646) 572-8768
rnazraliesq@gmail.com

August 17, 2023

**VIA ECF**
The Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Shaiful Chowdhury v. City of New York, et al.**
              21-CV-962 (ARR) (JRC)

Dear Judge Cho:

    I represent Plaintiff in the above-referenced matter and write to the Court to respectfully request an additional thirty days to September 21, 2023, to complete service of process on Defs. P.O. Plawiak and Sgt McSherry.

    Pursuant to the Court's Order dated August 8, 2023, Plaintiff had two weeks to complete service which is until August 21, 2023. Since, Plaintiff has made several attempts at serving Officer Plawiak and Sgt. McSherry and at present, as before, our process server has been informed that the police officers are not at the locations previously provided by defense counsel, Mr. Gottstien. As such Plaintiff has reached out to defense counsel and informed him about the same and he has again graciously agreed to assisting in providing me with additional potential locations of where to serve the Defendants within the NYPD.

    Here, Plaintiff has demonstrated good cause for his inability to serve Defendants P.O. Plawiak and Sgt. McSherry. It is respectfully submitted that the requested extension to September 21, 2023 is only requested as a consequence of the persisting difficulty in locating the officers despite defense counsel's assistance. Given defense counsel's assistance, Plaintiff asserts such extension would in no way prejudice the Defendants, and as before, discovery in this matter has not begun.

  Accordingly, Plaintiff respectfully requests the aforesaid extension of time to allow him to continue his efforts to serve Defendants Plawiak and McSherry. Plaintiff is hopeful that the process of service will be completed by September 21, 2023. I have communicated with defense counsel and obtained his consent to this request.

  Thank you for your anticipated attention to Plaintiff's request.

/S/

Rehan Nazrali Esq

cc: (via Email)