UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

SHAIFUL CHOWDHURY,

                                  Plaintiff,

         -against-

THE CITY OF NEW YORK, et al.,

                             Defendants

---------------------------------------------------------------- x

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

21-CV-0962 (NCM) (JRC)

**WHEREAS**, plaintiff Shaiful Chowdhury commenced this action by filing a complaint on or about February 22, 2021, alleging violations of his federal civil and state law rights;

**WHEREAS**, defendants have denied any and all liability arising out of the allegations raised in the complaint;

**WHEREAS**, plaintiff Shaiful Chowdhury agrees to withdraw all causes of action brought in the case in their entirety and with prejudice;

**WHEREAS**, plaintiff Shaiful Chowdhury has authorized his counsel to agree to the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that:

1.      Any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Shaiful Chowdhury against defendants City of New York, Kerry Plawiak, Joseph Zerella, Gary Calhoun, James McSherry, Richard Elliott; their successors and assignees, and all past and present officials, employees, representatives and agents of the City of New York, arising out of the events alleged in the Complaint in this matter, Shaiful Chowdhury v. City of New York,

et. al, 21-CV-0962, are hereby dismissed and withdrawn, with prejudice, and without costs, expenses, or attorneys' fees to any party.

2.      This Stipulation shall be binding upon the parties immediately upon signature and shall be submitted to the Court for entry as an Order.


Dated:    New York, New York
          January 5_____, 2026

**HUGO ORTEGA, ESQ.**
*Attorney for Plaintiff*
277 Broadway, 17th Floor
New York, NY 10007
(212) 962-1333
hortega@tannerortega.com


By: _____
    Hugo Ortega, Esq.

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendants City, Plawiak,
Zerella, Calhoun, McSherry, and Elliott*
100 Church Street
New York, New York 10007
(212) 356-2262 | egottste@law.nyc.gov


By: _____
    Evan J. Gottstein
    *Senior Counsel*


**SO ORDERED:**


_____
Natasha C. Merle
United States District Judge

Dated: _____